# Court of Appeals
# of the State of Georgia

ATLANTA,  May 21, 2025

*The Court of Appeals hereby passes the following order:*

**A25A1342.  TIRE DISTRIBUTORS OF GEORGIA, INC. v. TIFT COUNTY BOARD OF ASSESSORS.**

This appeal was docketed on March 7, 2025.  After the grant of two extensions to file its initial brief, and on the day its brief was due, appellant Tire Distributors moved to remand the case for completion of the appellate record to include exhibits introduced below. We denied the motion to remand, but ordered the trial court to transmit certified copies of the exhibits to this Court, with appellant's brief now due "seven days from the date the exhibits are filed with this Court."

The exhibits were transmitted to this Court and docketed on May 7, 2025. On May 14, the day its brief was again due, appellant attempted to file a brief, but our Clerk's office rejected the 11-page document the following day because it consisted only of blank pages. As of May 20, 2025, appellant has made no further filings or requests.

Court of Appeals Rule 23 (a) provides: "Appellant's brief shall be filed within 20 days after the appeal is docketed. Failure to file within that time, unless extended upon motion for good cause shown, may result in the dismissal of the appeal, and may subject the offending party and/or counsel to sanctions, including contempt." Rule 23 (b) provides that "appellant's motion for an extension of time to file a brief and enumeration of errors must be filed before the date the documents are due or the Court may dismiss the appeal."

Appellant has failed to file an initial brief after the grant of three extensions to do so and has not shown good cause for the delay. This appeal is therefore DISMISSED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,*   *05/21/2025*

     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*